## THE SAME *against* GARDNER, tenant.

WRIT OF RIGHT. The alias summons, directed to issue in this cause at the last term, being now properly served and returned as directe', (*ante, p.* 13, 14) *S. M. Hopkins,* on the first day(*a*) of this term, appeared for the demandant and prayed that the appearance might be entered. The tenant had till the *quarto die post* to appear, when Mr. *Gerard* appeared for him, the demandant counted, and the tenant was allowed a special imparlance to the next term.

Rule accordingly.(*b*)

(*a*) *Vid. ante,* 8, *note* (*g*)

(*b*) *Ante,* 13. *S. C.* Though these real actions have, heretofore, been comparatively of rare occurrence, and their practice but little studied, yet as the country advances in age, they will probably multiply. Indeed, I think I have observed this increase within the few years since I came to the bar. These considerations induced me, in noticing the points decided in the two last causes, (*ante,* 1 & 13) to be somewhat minute as to the proceedings of counsel at the bar, in the minor particulars of their practice, as well as in giving the form of the *writ, return* and *count.* Besides, these

In a writ of right, on an alias summons returned served, the demandant appears on the first day of term. His appearance being entered, the tenant has till the *quarto die post* to appear. He then appears ; the demandant counts ; and the tenant has a special imparlance to the next term,

# CASES IN THE SUPREME COURT

**138**

UTICA,
August, 1823.

forms have, with us, features peculiar to themselves, arising from the office whence the writ issues, our statute of descents, officers and civil divisions. The same motive induces me to detail the proceedings, in the same causes, at this place. The student will find the proceedings in an *English* writ of right (at the *Lancaster summer assizes,* 57 *Geo.* 3. 1817, before *Baron Wood,*) in *Holt's N. P. Rep.* 657 to 675. Mr. *Holt* gives—the *original writ* —the *record* at the assizes, containing, the *placita, count, two pleas, replications, issues, award of summons for the grand assize, and award of venire to try one of the issues which was to be tried by the country.* He then gives *the form of a rule for judgment, as in case of non-suit,* which was discharged, with *the form of a rule at the assizes, by consent, to form the grand assize.* The proceedings and evidence, at the assizes, are then given, up to the verdict, which was for the tenant.